# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PRINCE LAW OFFICES, P.C., | : No. 33 MAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MCCAUSLAND KEEN & BUCKMAN, | : |
| MCNELLY & GOLDSTEIN, LLC & JON S. | : |
| MIROWITZ, ESQUIRE, | : |
| | : |
| Respondents | : |
| PRINCE LAW OFFICES, P.C., | : No. 34 MAL 2018 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MCCAUSLAND KEEN & BUCKMAN, | : |
| MCNELLY & GOLDSTEIN, LLC & JON S. | : |
| MIROWITZ, ESQUIRE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.